Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 153 - 1 | **DATE** | 2/22/2008 |
| **CASE TITLE** | USA vs. Paul Porter | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 02/22/08. Defendant informed of his rights. Enter order appointing Allison Seigler of the Federal Defender Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Defendant to remain in custody. Detention hearing is set for 02/27/08 at 2:30 p.m. Court was further advised that defendant is currently prescribed the following medication: Geodon (80 mgs) and Paxil (?? mgs). The U.S.M.S. is directed to contact the M.C.C. regarding defendant's medication.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|