Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 153 - 1 | **DATE** | 2/25/2008 |
| **CASE TITLE** | USA vs. Paul Porter | | |

**DOCKET ENTRY TEXT**

The Court was advised that defendant has been diagnosed with **Schizoaffective Bipolar Disorder.** Mr Porter is under doctor care and takes daily doses of **Geodon and Paxil** for this condition. It is ordered that he be examined by a physician immediately and that he receives his medication.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|