**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00153
　　　　　　　　　　　　　　　　　　　　Honorable Nan R. Nolan

Paul Porter
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

    MINUTE entry before Judge Nan R. Nolan : Defendant's request to reset detention hearing is granted. Detention hearing set for 02/27/08 is stricken and reset to 02/28/08 at 2:30 p.m. No notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.