UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 153 |
| v. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| | ) | Emergency Judge |
| PAUL PORTER | ) | |

**NOTICE OF MOTION**

To:  Alison Seigler, Esq.                      Amanda Pope/Tiffany Minarek
     Federal Defender Program                  U.S. Pretrial Services Office
     55 East Monroe, Suite 2800                219 South Dearborn, Room 15100
     Chicago, Illinois  60603                  Chicago, Illinois  60604

   PLEASE TAKE NOTICE that on March 12, 2008, at 8:45 a.m., I will appear before the Honorable Rebecca R. Pallmeyer in Courtroom 2119 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the GOVERNMENT'S EMERGENCY MOTION TO VACATE RELEASE ORDER FOR DEFENDANT PAUL PORTER.

                                        s/ Maureen E. Merin
                                        MAUREEN E. MERIN
                                        Assistant United States Attorney
                                        219 South Dearborn Street, 5th Floor
                                        Chicago, Illinois  60604
                                        Phone: (312) 353-1457
                                        Fax: (312) 353-4322