Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 153 - 1 | DATE | 03/06/08 |
| CASE TITLE | USA vs. Paul Porter | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. Enter Order Setting Conditions of Release. Bond is stayed pending further order of court. Upon defendant's release into treatment center, defendant is ordered to appear in court the next day. Status hearing is set for 04/04/08 at 2:00 p.m. Court recommends that a Medical Practitioner be available in the facility where defendant is housed for evaluation on all medical issues.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|

08CR153 - 1 USA vs. Paul Porter    Page 1 of 1