# ATTACHMENT A
Treatment Records from Gateway Foundation

# GATEWAY FOUNDATION INC.
# GATEWAY GROUP NOTE

Client Name: PORTER, PAUL                                    ID: 000125305

| | | | |
|---|---|---|---|
| Staff | Simone Boston,CADC MISA1  100048 | Date of Service | 08/01/2007 |
| Service Code | RECREATION ( 4380 ) | Time of Service | 1:30 pm |
| Reporting Unit | WESTSIDE - LSTAR ( 215 ) | Staff Duration of Service | 2:00 |

| | | | |
|---|---|---|---|
| Group Name | LSTAR RECREATION GROUP | Group ID | GWS2008 |
| Type | AG | Program | |
| Case Manager | | Reporting Unit | |

**DATA:**
Topic : Recreational Therapy / The purpose of this group objective is to give clients the opportunity to build social skills and to identify alternatives to using drugs and alcohol. Clients were able to benefit from this treatment objective.

**Assessment(Ct.Involvement)Plan(Course of TX)**
Paul actively participated in group. During group client was observed exercising and socializing with peers. Clients was able to have fun and identify ways to have with the use of any mind mood altering substance. Client seem to understand the importance of setting side time to have fun to balance recovery program. Ongoing recreational therapy recommended.

*Simone Boston CADC MISA*

Electronically signed.

Clinical Staff, Simone Boston,CADC MISA1, 100048                    08/02/2007 01:04:16 PM

The user was authenticated and this GATEWAY GROUP NOTE report was recorded at 13:04:17 on 08/02/2007 by Simone Boston,CADC MISA1.

Name: PORTER, PAUL - DOB: 09/05/1968 - ID: 000125305 - Form: eBASE_notes

# GATEWAY FOUNDATION INC.
## GATEWAY GROUP NOTE

Client Name: PORTER, PAUL                                            ID: 000125305

| | | | |
|---|---|---|---|
| Staff | Cynthia Jones, CADC  100711 | Date of Service | 07/31/2007 |
| Service Code | RES: GROUP-COUNSELING ( 5810 ) | Time of Service | 6:00 pm |
| Reporting Unit | WESTSIDE - LSTAR ( 215 ) | Staff Duration of Service | 2:00 |

| | | | |
|---|---|---|---|
| Group Name | LSTAR EDUCATIONAL GROUP | Group ID | GWS2010 |
| Type | AG | Program | |
| Case Manager | | Reporting Unit | |

**DATA:**
RELASPE PREVENTION: Examined ways to identify, avoid, interrupt, and talked about personal relapse triggers. To develop a new set of skills to stop triggers from leading to relapse.

**Assessment(Ct.Involvement)Plan(Course of TX)**
Paul actively engaged in the group discussion on triggers, cravings, and avoiding relapse. Paul focused on his fears, his emotions, self defeating talk. His inability to interrupt the process of relapse, even though he is aware that he is in trouble. To continue with relapse prevention education.



Electronically signed.

Clinical Staff, Cynthia Jones, CADC, 100711                08/01/2007 10:54:49 PM

*The user was authenticated and this GATEWAY GROUP NOTE report was recorded at 22:54:49 on 08/01/2007 by Cynthia Jones, CADC.*

Name: PORTER, PAUL - DOB: 09/05/1968 - ID: 000125305 - Form: eBASE_notes

# GATEWAY FOUNDATION INC.
## GATEWAY GROUP NOTE

Client Name: PORTER, PAUL                                          ID: 000125305

| | | | |
|---|---|---|---|
| Staff | Jacqueline Gordon, MS, CADC 101402 | Date of Service | 07/31/2007 |
| Service Code | RES: EDUC. DIDACTIC GRP ( 6120 ) | Time of Service | 1:30 am |
| Reporting Unit | WESTSIDE - LSTAR ( 215 ) | Staff Duration of Service | 2:00 |

| | | | |
|---|---|---|---|
| Group Name | LSTAR EDUCATIONAL GROUP | Group ID | GWS2010 |
| Type | AG | Program | |
| Case Manager | | Reporting Unit | |

**What was the client's observed behavior?**
Attentive

**Number of clients in the group?**

**Type of group?**
Didactic Group

**DATA:**
Definitions, Terms and Self-Diagnosis: This session focused on addiction-related terms and definitions. It included an exercise designed to help clients determine whether or not they have a substance-abuse related problem or addiction.

**Assessment(Ct.Involvement)Plan(Course of TX)**
During this group, client was non-verbal but appeared interested as seen by his demeanor. Client encouraged to re-read the handout and complete the exercises.

*Jacqueline Gordon, MS, CADC*

Electronically signed.

Clinical Staff, Jacqueline Gordon, MS, CADC, 101402                07/31/2007 05:16:01 PM

*The user was authenticated and this GATEWAY GROUP NOTE report was recorded at 17:16:02 on 07/31/2007 by Jacqueline Gordon, MS, CADC.*

Appended by Jacqueline Gordon, MS, CADC on 08/01/2007 at 12:24 pm

Group time is 1:30 p.m., not 1:30 a.m.

# GATEWAY FOUNDATION INC.
# GATEWAY GROUP NOTE

Client Name: PORTER, PAUL                                        ID: 000125305

| | | | |
|---|---|---|---|
| Staff | Jacqueline Gordon, MS, CADC 101402 | Date of Service | 07/29/2007 |
| Service Code | RES: EDUC. DIDACTIC GRP ( 6120 ) | Time of Service | 11:00 am |
| Reporting Unit | WESTSIDE - LSTAR ( 215 ) | Staff Duration of Service | 2:00 |

| | | | |
|---|---|---|---|
| Group Name | LSTAR EDUCATIONAL GROUP | Group ID | GWS2010 |
| Type | AG | Program | |
| Case Manager | | Reporting Unit | |

**What was the client's observed behavior?**
Attentive

**Number of clients in the group?**
16

**Type of group?**
Step Group

**DATA:**
Step 1: Understanding of Powerlessness as it relates to drugs/alcohol. Clients taught the meaning of powerless as it relates to drugs/alcohol. Clients taught the importance of being able to identify the meaning of powerless. Clients taught to recognize their powerlessness over drugs/alcohol.

**Assessment(Ct.Involvement)Plan(Course of TX)**
Client maintained good posture and eye contact. He appeared to be focused by reporting how his drug usage continued despite negative consequences (incarceration). During this group client was able to admit his powerlessness over drugs/alcohol. Client displayed honesty and was receptive to feedback. Client encouraged to continue to identify the areas in his life that showed his powerlessness over drugs and to complete all homework assignments.

*Jacqueline Gordon, MS, CADC* (signature)

Electronically signed.

Clinical Staff, Jacqueline Gordon, MS, CADC, 101402          07/30/2007 01:05:27 PM

The user was authenticated and this GATEWAY GROUP NOTE report was recorded at 13:05:29 on 07/30/2007 by Jacqueline Gordon, MS, CADC.

Name: PORTER, PAUL - DOB: 09/05/1968 - ID: 000125305 - Form: eBASE_notes

# GATEWAY FOUNDATION INC.
# GATEWAY GROUP NOTE

**Client Name:** PORTER, PAUL                                  **ID:** 000125305

| | | | |
|---|---|---|---|
| Staff | Cynthia Jones, CADC  100711 | Date of Service | 07/26/2007 |
| Service Code | RES: GROUP-COUNSELING ( 5810 ) | Time of Service | 6:00 pm |
| Reporting Unit | WESTSIDE - LSTAR ( 215 ) | Staff Duration of Service | 2:50 |

| | | | |
|---|---|---|---|
| Group Name | LSTAR EDUCATIONAL GROUP | Group ID | GWS2010 |
| Type | AG | Program | |
| Case Manager | | Reporting Unit | |

**What was the client's observed behavior?**
Attentive

**Number of clients in the group?**
15

**Type of group?**
Relapse Prevention Group

**DATA:**
Speakers Group: What is needed to change. Suggestions required for change. Commitment to change. Resources and steps required for change.

**Assessment(Ct.Involvement)Plan(Course of TX)**
Paul shared his fears of leaving treatment. How and when to apply his tools of recovery. What steps he needs to remain committed to recovery. To continue with recovery resources.

*[signature: Cynthia Jones]*

Electronically signed.

Clinical Staff, Cynthia Jones, CADC, 100711                    07/28/2007 06:10:28 PM

*The user was authenticated and this GATEWAY GROUP NOTE report was recorded at 18:10:28 on 07/28/2007 by Cynthia Jones, CADC.*