# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 153 - 1 | **DATE** | 3/12/2008 |
| **CASE TITLE** | USA vs. Paul Porter | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Government's motion to vacate release order [9] entered and continued.  The court will entertain a proposal for Defendant's release that includes a secured property bond and some indication from a CTA supervisor that the proposed third-party custodian would be permitted to supervise Defendant as a permanent passenger on the bus she drives.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | ETV |
|---|---|---|