**FILED**

MAR 1 3 2008

MAR. 13, 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL PORTER )<br>) | No. 08 CR 153  **JUDGE GOTTSCHALL**<br><br>Violation: Title 18, United States<br>Code, Section 2113(a) |

**MAGISTRATE JUDGE NOLAN**

### COUNT ONE

The **SPECIAL JUNE 2007** GRAND JURY charges:

On or about February 21, 2008, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

PAUL PORTER,

defendant herein, did by force and violence, and by intimidation, take from the person and presence of bank employees, approximately $213 in United States Currency, belonging to, and in the care, custody, control, management, and possession of the MB Financial Bank, located at 800 West Madison St., Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY