08 GJ 0294

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE GOTTSCHALL** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0153 | DATE | MARCH 13, 2008 |
| CASE TITLE | US v. PAUL EDWARD PORTER | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

---

**GRAND JURY PROCEEDING**    **MAGISTRATE JUDGE NOLAN**

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge **Ashman**

---

**Docket Entry:**

**NO BOND SET, DETAINED BY MAGISTRATE.**

**FILED**
MAR 1 3 2008
MAR. 13, 2008
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

---

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE      UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#