## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 153 - 1 | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Paul Porter | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts of Indictment. 16.1(A) conference to be held by 4/3/08. Pretrial motions are due by 5/5/08. Responses by 5/19/08. Replies by 5/27/08. Ruling by mail by 6/27/08. Status hearing is set for 5/7/08 at 9:30AM. Jury trial is set for 8/18/08 at 9:00AM. Time is excluded through 6/27/08 pursuant to 18:3161(h)(1)(F).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|