IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 153 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| PAUL PORTER ) | |
| ) | |

## NOTICE OF MOTION

To:  Maureen E. Merin                          Amanda Popp
     Assistant United States Attorney          United States Pretrial Services
     219 S. Dearborn St., 5th Floor            219 S. Dearborn St., Suite 15100
     Chicago, Illinois 60604                   Chicago, Illinois 60604

Please take notice that on Thursday, April 10, 2008, at 9:30 a.m., I shall appear before the Honorable Joan B. Gottschall at the Dirksen Federal Building, 219 S. Dearborn Street, courtroom 2325 and shall present the attached motion:

- **DEFENDANT'S MOTION FOR CLARIFICATION OF BOND**

                                        Respectfully submitted,
                                        FEDERAL DEFENDER PROGRAM
                                        Terence F. MacCarthy
                                        Executive Director

                                          s/Alison Siegler
                                        ALISON SIEGLER

ALISON SIEGLER
FEDERAL DEFENDER PROGRAM
55 East Monroe Street
Suite #2800
Chicago, IL  60603
(312) 621-8350