## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 153 - 1 | **DATE** | 4/28/2008 |
| **CASE TITLE** | USA vs. Paul Porter | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Status hearing is set for 5/21/2008 at 9:30AM. Motion by Paul Porter for clarification of bond [22] is granted. Motion by USA to vacate [9] is denied as moot. It is hereby ordered that this court affirms Magistrate Judge Nolan's order releasing defendant into a treatment center. It is further ordered that defendant must not be released from custody until consent is given by this court. As a condition of release, defendant must reside at Gateway Foundation Inpatient Treatment Facility. If defendant leaves Gateway on his own accord, he is required to appear before this court the following day and counsel must notify the court if this should occur. Additionally, if released by Gateway, the court requires that the release be on a Monday, Tuesday, Wednesday or Thursday to allow for defendant's appearance in court the following day.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | RJ |
|---|---|---|