Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 153 - 1 | **DATE** | 4/29/2008 |
| **CASE TITLE** | USA vs. Paul Porter | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. It is hereby ordered that defendant Paul Porter's bond conditions are modified as follows: (1) If Mr. Porter leaves the Gateway treatment facility, he must notify the Court immediately and is required to appear before the Court the following business day; and (2) If Mr. Porter is released from Gateway, that release must occur Monday-Thursday to enable Mr. Porter to appear in court the following day.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|