IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 153 |
| v. | ) | Hon. Joan B. Gottschall |
| | ) | |
| PAUL PORTER | ) | |

## AGREED ORDER

By agreement of the parties, it is hereby ordered that defendant Paul Porter's bond conditions are modified as follows: (1) If Mr. Porter leaves the Gateway treatment facility, he must notify the Court immediately and is required to appear before the Court the following day; and (2) If Mr. Porter is released from Gateway, that release must occur Monday-Thursday to enable Mr. Porter to appear in court the following day.

_____
Judge Joan B. Gottschall

DATED: 4/29/08