## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 153 - 1 | **DATE** | 5/5/2008 |
| **CASE TITLE** | USA vs. Paul Porter | | |

**DOCKET ENTRY TEXT**

The court having been informed by Pretrial Services Officer, Brian Kolbus that a bed has been made available at Gateway Inpatient Treatment Center, orders Defendant, Paul Porter released from custody on Tuesday, May 6, 2008 at 9:00AM and upon release he shall report immediately to Gateway Inpatient Treatment Center on May 6, 2008 for admission. It is further ordered that defendant contact Gateway Inpatient Treatment Center and shall be immediately admitted into the inpatient residential treatment program.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|