## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 153 | **DATE** | 6/16/2008 |
| **CASE TITLE** | USA vs. Paul Porter | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order to Modify Bond Conditions. By agreement of the parties, it is hereby ordered that Defendant Paul Porter's bond conditions are modified as follows: Mr. Porter may leave the Gateway Treatment Facility on Saturday, June 21, 2008, between the hours of 10:30a.m. and 3:30p.m. for the purpose of visiting his grandfather, who is ill.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 18 PM 12:29
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|