IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 153 |
| v. ) | Hon. Joan B. Gottschall |
| ) | |
| PAUL PORTER ) | |

## AGREED ORDER TO MODIFY BOND CONDITIONS

By agreement of the parties, it is hereby ordered that Defendant Paul Porter's bond conditions are modified as follows: Mr. Porter may leave the Gateway treatment facility on Saturday, June 21, 2008, between the hours of 10:30 a.m. and 3:30 p.m. for the purpose of visiting with his grandfather, who is ill. This visit will take place at 1605 N. Long, Apt. 202, Chicago, Illinois, or an alternate address approved by the Pretrial Services Officer. Gateway will drop off and pick up Mr. Porter on that day. Mr. Porter will be accompanied by his third-party custodian during this visit. Mr. Porter will not be required to appear before the Court the following business day. The Government has no objection to this modification.

_____
Judge Joan B. Gottschall

DATED: 6/16/08