**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 153 |
| | ) | Hon. Joan B. Gottschall |
| PAUL PORTER, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:    Maureen Merin
       Assistant United States Attorney
       219 S. Dearborn St., 5th Floor
       Chicago, IL 60604

       PLEASE TAKE NOTICE that on Wednesday, July 9, 2008, at 9:00 a.m., in Courtroom

2325, we shall appear before the Honorable Joan B. Gottschall, in the Everett McKinley Dirksen

Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.


–    **MOTION FOR MODIFICATION OF CONDITIONS OF PRE-TRIAL RELEASE**

                                   Respectfully submitted,

                                   FEDERAL DEFENDER PROGRAM
                                   Terence F. MacCarthy
                                   Executive Director

                                   By: s/Beth W. Gaus
                                        Beth W. Gaus

Beth W. Gaus
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL  60603
(312) 621-8342