

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 153 - 1 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA vs. Paul Porter | | |

### DOCKET ENTRY TEXT

Change of plea hearing held. Defendant enters plea of guilty to Indictment. Finding of guilty entered. Order presentence investigation report. Sentencing memoranda and/or objections to presentence investigation report are due by 10/3/08. Responses by 10/10/08. Sentencing is set for 11/5/08 at 10:00AM. Jury trial set for 8/18/08 is stricken. Defendant's motion for modification of conditions of pre-trial release [36] is granted. Enter Agreed Order to modify conditions of pre-trial release. No sentencing memoranda or objections to presentence reports or responses will be considered if filed out of time unless a motion to file late is made no less than one week prior to the date set for sentencing. No sentencing hearing will be continued unless the courtroom deputy is notified of the need to change in writing at least one week (7 days) prior to the date set for sentencing. Failure to comply with this standing order will result in counsel being sanctioned in the amount of $100.00 which shall be paid to the Clerk of Court, 219 S. Dearborn, 20th floor, Chicago, Illinois 60604.

■ [ For further detail see separate order(s).]                                     Docketing to mail notices.

00:30



FILED-
2008 JUL 10  PM 12: 0
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Courtroom Deputy Initials: | RJ |

08CR153 - 1 USA vs. Paul Porter