

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 153 |
| v. | ) | Hon. Joan B. Gottschall |
| | ) | |
| PAUL PORTER | ) | |

### AGREED ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

By agreement of the parties, it is hereby ordered that Defendant Paul Porter's pre-trial release conditions will remain the same, with the following modifications:

1. Mr. Porter will be discharged from the Gateway Foundation Inpatient Treatment Facility on July 10, 2008. He will not be required to appear before this Court on the following business day.

2. Mr. Porter will participate in Mercy Hospital's Partial Hospitalization Program, starting on July 15, 2008. In addition, Mr. Porter will participate in substance abuse and mental health treatment and drug testing, as directed by his Pretrial Services Officer.

3. Mr. Porter will sign releases so that his Pretrial Services Officer can monitor his attendance and progress in any directed substance abuse and mental health treatment.

4. Mr. Porter will reside with his third-party custodian, Ms. Ladelle Mitchell, at 1605 N. Long, Apt. 202, Chicago, Illinois.

5. Mr. Porter will participate in the home incarceration program with electronic monitoring, at the direction of his Pretrial Services Officer. Under this program, Mr. Porter is restricted to his residence at all times except for medical needs or treatment, substance abuse and mental health treatment, counseling, drug testing, religious services, attorney visits, and court appearances pre-

approved by the pretrial services office or supervising officer.

6.  The Mercy Hospital program takes place between 9:30 a.m. and 1:30 p.m., and Mercy Hospital will transport Mr. Porter to and from the program. Ladelle Mitchell, Mr. Porter's third-party custodian, remains responsible to insure that Mr. Porter observes the conditions of his bond, including taking his medications as prescribed. Mr. Porter's third-party custodian is required to monitor Mr. Porter's taking of his medications, and she must notify the Pretrial Services Officer or the Pretrial Services Office immediately should Mr. Porter not take any of his required medications.

7.  Any other conditions that this Court deems appropriate.

_____
Judge Joan B. Gottschall

DATED: 7/9/08