# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | John W. Darrah |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 153 - 1 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Paul Porter | | |

**DOCKET ENTRY TEXT**

Enter agreed order to modify pretrial release conditions.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

FILED
2008 AUG 28 AM 6:13
CLERK, U.S. DISTRICT COURT