MHN

# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 153 |
| v. | ) | |
| | ) | |
| PAUL PORTER | ) | |

### AGREED ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS

By agreement of the parties, it is hereby ordered that Defendant Paul Porter's pretrial release conditions are modified as follows: Mr. Porter may leave his home on Sunday, August 31, 2008, between the hours of 11:00 a.m. and 3:00 p.m. for the purpose of visiting with his grandfather, who is ill. This visit will take place at 1810 West Nagle, Chicago, Illinois. Mr. Porter will be accompanied by his third-party custodian during this visit, and his third-party custodian will also provide transportation to and from this address. Mr. Porter will not be required to appear before this Court on the following business day. The Government and Pretrial Services has no objection to this modification.

_____
Judge

DATED: August 27, 2008